IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LEVERT STEWART,

      Appellant,

  v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D23-1027
LT Case No. 2008-CF-007205-A

Decision filed May 9, 2023

3.800 Appeal from the Circuit Court
for Duval County,
Tatiana Salvador, Judge.

Levert Stewart, Raiford, pro se.

No Appearance for Appellee.


PER CURIAM.


     AFFIRMED.


LAMBERT, C.J., HARRIS and KILBANE, JJ., concur.